IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PATRIA PIZARRO o/b/o A.P.**  :  <br> *Plaintiff*  :  <br>   :  <br> v.  :  <br>   :  <br> **CAROLYN W. COLVIN,**  :  <br> **Acting Commissioner of the**  :  <br> **Social Security Administration**  :  <br> *Defendant*  :   | **CIVIL ACTION** <br><br> **NO. 15-2644** |

# O R D E R

**AND NOW,** this 21st day of September 2016, upon consideration of Plaintiff's *motion for oral argument on objections to the Magistrate Judge's report and recommendation,* [ECF 18], dated May 16, 2016, it is hereby **ORDERED** that Plaintiff's motion is **DENIED.**

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*